IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JAMES WILLSON CHESHER and CHERYL ANN CHESHER | ) ) ) ) |
| v. | ) ) |
| 3M COMPANY f/k/a MINNESOTA MINING AND MANUFACTURING A Delaware Corporation, et al | ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 3:15-cv-02123-DCN

**ORDER GRANTING PLAINTIFFS' MOTION TO ALTER TIME**

THIS MATTER is before the Court on motion of Plaintiffs James Willson Chesher and Cheryl Ann Chesher to alter time to respond to Defendants' Motions for Summary Judgment and *Daubert* motions/motions *in limine*.

It appears that good cause exists to permit Plaintiffs to alter time to respond to such motions.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiffs have until April 4, 2016 to respond to Defendants' Motions for Summary Judgment and *Daubert* motions/motions *in limine*.

This 18th day of March, 2016.

_____
David C. Norton
United States District Court Judge

1