IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JAMES WILLSON CHESHER<br>and CHERYL ANN CHESHER<br><br>    Plaintiffs,<br>v.<br><br>3M COMPANY *f/k/a* MINNESOTA<br>MINING AND MANUFACTURING<br>A Delaware Corporation, et al.<br><br>    Defendants. | Civil Action No. 3:15-cv-02123-DCN<br><br>**CONSENT DISMISSAL OF 3M COMPANY** |

  COMES NOW Plaintiffs and Defendant 3M Company, pursuant to Rule 41, Federal Rules of Civil Procedure, and hereby moves to dismiss with prejudice all claims against Defendant 3M Company, each party to bear their own costs.  Plaintiffs expressly reserves the right to proceed against all other defendants as filed.

  Respectfully submitted this 22nd day of March, 2016.

WE SO CONSENT:                                    WE SO CONSENT:

 *s/ Walker Humphrey*                               *s/Michael C. Griffin*
Walker Humphrey                                    Michael C. Griffin
Waters Kraus & Paul,                               Bradley Arant Boult Cummings LLP
3219 McKinney Avenue                               Federal Bar No. 10302
Dallas, TX 75204                                   Bank of America Corporate Center
Phone 214-357-6244                                 100 North Tryon Street, Suite 2690
Fax 214-357-7252                                   Charlotte, NC 28202
whumphrey@waterskraus.com                          (704) 338-6000
                                                   (704) 332-8858 ~ Fax
*Attorneys for Plaintiffs*                         mgriffin@babc.com
                                                   *Attorneys for Defendant 3M Company*

1/3942804.2

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of 3M Company's Consent Dismissal With Prejudice upon all counsel of record in the above-referenced case via CM/ECF.

    s/ Michael C. Griffin
Michael C. Griffin
Bradley Arant Boult Cummings LLP
Federal Bar No. 10302
Bank of America Corporate Center
100 North Tryon Street, Suite 2690
Charlotte, NC 28202
(704) 338-6000
(704) 332-8858 ~ Fax
mgriffin@babc.com
*Attorneys for Defendant 3M Company*