IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JAMES WILLSON CHESHER<br>and CHERYL ANN CHESHER<br>    Plaintiffs,<br>v.<br><br>3M COMPANY *f/k/a* MINNESOTA<br>MINING AND MANUFACTURING<br>A Delaware Corporation, et al<br>    Defendants. | Civil Action No. 3:15-cv-02123-DCN |

## MOTION TO DISMISS
## GENERAL ELECTRIC COMPANY

COME NOW Plaintiffs, James Willson Chesher and Cheryl Ann Chesher, by and through undersigned counsel, and pursuant to Rule 41 move to dismiss Plaintiffs' claims against Defendant General Electric Company WITH prejudice, each party to bear its own fees and costs. Plaintiffs expressly reserve their right to proceed against all other defendants as filed.

    *s/*Theile B. McVey_____
John D. Kassel (Fed Bar No. 2278)
jkassel@kassellaw.com
Theile B. McVey (Fed Bar No. 7614)
tmcvey@kassellaw.com
Kassel McVey Attorneys at Law
1330 Laurel Street
P O Box 1476
Columbia, SC 29202
803-256-4242
803-256-1952 (Facsimile)

Waters & Kraus, LLP
Walker Humphrey, II
3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Attorneys for Plaintiffs

May 16, 2016

Columbia, South Carolina.

3:15-cv-02123-DCN     Date Filed 05/16/16     Entry Number 235     Page 2 of 2