IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JAMES WILLSON CHESHER ) <br> and CHERYL ANN CHESHER ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY *f/k/a* MINNESOTA ) <br> MINING AND MANUFACTURING ) <br> A Delaware Corporation, et al ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:15-cv-02123-DCN |

ORDER OF DISMISSAL

THIS MATTER is before the Court on motion of Plaintiffs James Willson Chesher and Cheryl Ann Chesher to dismiss General Electric Company WITH prejudice.

It appears that good cause exists to permit Plaintiffs to dismiss this action against Defendant General Electric Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs James Willson Chesher and Cheryl Ann Chesher against General Electric Company are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

This 17th day of May, 2016.

_____
David C. Norton
United States District Court Judge

.