# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JAMES WILSON CHESHER, and )<br>CHERYL ANN CHESHER, )<br>           )<br>Plaintiffs, )<br>           )<br>vs. )<br>           )<br>3M COMPANY, *et al.*, )<br>           )<br>Defendants. )<br>           ) | No. 3:15-cv-02123-DCN<br><br>**ORDER** |

This matter is before the court on defendant Crane Co.'s ("Crane") motion to preclude specific causation testimony from plaintiffs' experts. ECF No. 181. The court **GRANTS** Crane's motion with respect to the opinions of plaintiffs' specific causation expert, Dr. Carlos Bedrossian, and **DENIES** Crane's motion in all other respects. The ancillary issues discussed in Crane's motion may be dealt with closer to trial, should the case progress to that point. The court will file a supplemental order explaining the basis of its decision at a later date.

**AND IT IS SO ORDERED.**

**DAVID C. NORTON
UNITED STATES DISTRICT JUDGE**

**March 31, 2017
Charleston, South Carolina**